# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**BONDARY MCCALL,**
Reg. # 43827-019                                                                                             **PLAINTIFF**

**V.**                          **CASE NO. 2:09cv00023-SWW-BD**

**UNITED STATES OF AMERICA,** *et al.*                                              **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed Objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Plaintiff's Complaint is dismissed without prejudice under Local Rule 5.5(c)(2) for failure to comply with the Court's Order of March 17, 2009 (docket entry #2) and the Court's Order of June 9, 2009 (#9).

IT IS SO ORDERED, this 12th day of November, 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE