# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**BONDARY MCCALL,**
**Reg. # 43827-019**                                                            **PLAINTIFF**

**V.**               **CASE NO. 2:09cv00023-SWW-BD**

**UNITED STATES OF AMERICA**                              **DEFENDANT**

## ORDER

The Court has received a letter from Plaintiff requesting return of a document, titled "promissory note" filed in this case on May 26, 2009.  The Clerk of the Court is directed to return the original of the aforementioned filing (docket entry #7) to Plaintiff.

IT IS SO ORDERED THIS 30TH DAY OF APRIL, 2010.

                                                  /s/Susan Webber Wright

                                                  UNITED STATES DISTRICT JUDGE